IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 12-70096-JPO |
| ) | |
| JORGE MIRANDA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The defendant, Jorge Miranda, has filed a motion for discovery (**doc. 5**). Specifically, Mr. Miranda seeks the production of nine categories of discovery related to his charges for driving a vehicle while under the influence of alcohol.  In response, the government contends that it has provided or will provide the requested discovery (doc. 8).  Given that the government has addressed each category of documents or other evidence sought by Mr. Miranda, his motion for discovery is denied as moot.

Should Mr. Miranda conclude the government's tender of discovery is deficient, he may file a second motion requesting discovery.  Any such motion shall be filed no later than **21 days before his scheduled appearance on March 13, 2013**.

IT IS SO ORDERED.

O:\ORDERS\12-70096-JPO-5.docx

Dated November 15, 2012, at Kansas City, Kansas.

                                               s/ James P. O'Hara  
                                               James P. O'Hara  
                                               U. S. Magistrate Judge